**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000356**
**16-OCT-2023**
**07:54 AM**
**Dkt. 55 ORD**

NO. CAAP-22-0000356

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
JOVEN JOSEPH BANARES, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1PC151001819)

**ORDER GRANTING DEFENDANT-APPELLANT'S MOTION FOR PUBLICATION
OF SUMMARY DISPOSITION ORDER FILED ON AUGUST 24, 2023**
(By: Ginoza, Chief Judge, Leonard and Guidry, JJ.)

On August 24, 2023, this court issued a Summary
Disposition Order in this appeal. On September 11, 2023,
Defendant-Appellant Joven Joseph Banares (**Banares**) filed a
Motion for Publication of Summary Disposition Order filed on
August 24, 2023, seeking to have this court's Summary
Disposition Order issued as a published Opinion. No opposition
was filed by Plaintiff-Appellee State of Hawai'i.

Upon consideration of Banares's motion,

IT IS HEREBY ORDERED that Banares's Motion for Publication of Summary Disposition Order Filed on August 24, 2023 is granted.

IT IS FURTHER ORDERED that the August 24, 2023 Summary Disposition Order of this court is withdrawn and an opinion for publication will follow.

DATED:  Honolulu, Hawaiʻi, October 16, 2023.

On the motion:

Taryn R. Tomasa,
Deputy Public Defender,
For Defendant-Appellant.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

2